# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| OSCAR GABRIEL JIMENEZ AND | § | |
| CHANDRA RAE JIMENEZ | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-CV-154 |
| | § | |
| WOOD COUNTY, TEXAS; | § | |
| ALAN STEEN, AND | § | |
| SHERIFF DWAINE DAUGHERTY | § | |

## MEMORANDUM ORDER

The above-titled and numbered civil action was heretofore referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of the defendant's motion (No. 110) for judgment on the pleadings, have been presented for consideration. The plaintiffs have filed an objection to the report and recommendation. The undersigned has reviewed Judge Everingham's report and recommendation and the plaintiffs' objections. The undersigned overrules the plaintiffs' objections and adopts the findings and conclusions contained in Judge Everingham's report and recommendation. Accordingly, the court grants the defendant's motion (No. 110) for judgment on the pleadings.

SIGNED this 29th day of September, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE